# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOHN C. KING § | |
| § | Civil Action No. 4:18-CV-825 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| SELECT PORTFOLIO SERVICING, INC., § | |
| ET AL. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 9, 2019, the report of the Magistrate Judge (Dkt. #92) was entered containing proposed findings of fact and recommendations that Defendants Select Portfolio Servicing, Inc. and U.S. Bank National Association, as Trustee, in Trust for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18's Motion for Summary Judgment (Dkt. #72) be granted and Plaintiff's claims be dismissed without prejudice.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion for Summary Judgment (Dkt. #72) is **GRANTED** and each of Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 11th day of September, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE