# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOHN C. KING § | |
| § | Civil Action No. 4:18-CV-825 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| SELECT PORTFOLIO SERVICING, INC., § | |
| ET AL. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 9, 2019, the report of the Magistrate Judge (Dkt. #91) was entered containing proposed findings of fact and recommendations that Defendants Select Portfolio Servicing, Inc. and U.S. Bank, National Association, as Trustee for Registered Holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18's Motion to Dismiss (Dkt. #29) be denied as moot.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss (Dkt. #29) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** this 11th day of September, 2019.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE